UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-cr-52 |
| | ) | CASE NO. 1:21-cr-174 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DASHAWN ELDER, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in Case No. 1:17-cr-52 on March 20, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on June 21, 2024. The defendant admitted to the following violation:

1. New Law Violation;
2. Treatment Noncompliance; and
3. Drug Use.

The magistrate judge filed a report and recommendation on June 21, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on July 12, 2024. Present were the following: Assistant United States Attorney Christopher Joyce, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Dashawn Elder, and United States Probation Officer Luke Filippi.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

Additionally, a Violation Report was filed in Case No. 1:21-cr-174 on July 12, 2024, setting forth the same violations in Case No. 1:17-cr-52. By agreement of the parties, an initial appearance and supervised release hearing was held on the same date in conjunction with Case No. 1:17-cr-52. The defendant admitted to the same three violations, as follows:

1. New Law Violation;
2. Treatment Noncompliance; and
3. Drug Use.

Upon review, the Court finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked in both cases, and the defendant is committed to the custody of the Bureau of Prisons for a term of 4 months in Case No. 1:17-cr-52 and a term of 1 month in Case No. 1:21-cr-174, to run concurrently, followed by 2 years of supervised release in Case No. 1:17;-cr-52, with the same terms and conditions of supervised release as previously imposed, and with the

following additional condition: Residential Substance Abuse Treatment for a minimum of 30 days. There will be no additional term of supervised release in Case No. 1:21-cr-174.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: July 12, 2024

                                               **HONORABLE SARA LIOI**
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**